UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK  DATE: March 29, 2017
JUDGE: Susan D. Wigenton

COURT REPORTER:  Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE:  Docket# 15-CR-193-2
U.S.A. v. BRIDGET ANNE KELLY

**APPEARANCES:**
Lee M. Cortes, AUSA for the Govt
David W. Feder, AUSA for the Govt
Vikas Khanna, AUSA for the Govt
Michael D. Critchley, Esq., for the Deft
Michael Critchley, Jr., Esq. for the Deft
Edmund DeNoia, Esq. for the Deft

NATURE OF PROCEEDING:  **SENTENCING**

Defendant sentenced to 18 months imprisonment;
1 year supervised release;
Fine: $2,800.00 – due immediately;
Special assessment: $625.00 – due immediately;
Restitution: $14,314.04 – due immediately;
Special Conditions:
    1) 500 hours community service
    2) Financial Disclosure
    3) New Debt Restrictions
    4) Occupational Restrictions
Deft to voluntary surrender.

Time Commenced:  12:40 p.m.
Time Adjourned:     2:45 p.m.
Total time:   2 hrs. 5 mins.
Cc: Chambers  Carmen D. Soto
  Deputy Clerk