## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton, U.S.D.J. |
| v. | : | Crim. No. 15-193 (SDW) |
| WILLIAM E. BARONI, JR. and BRIDGET ANNE KELLY | : | **DEFENDANT BRIDGET ANNE KELLY'S NOTICE OF SENTENCING SUBMISSION** |

Please be advised that, on or about April 17, 2019, counsel for Ms. Kelly submitted her sentencing materials to the Court.

    Respectfully submitted,

    s/ Michael Critchley

    MICHAEL CRITCHLEY
    **CRITCHLEY, KINUM & DENOIA, LLC**
    75 Livingston Avenue, Suite 303
    Roseland, New Jersey 07068
    (973) 422-9200
    Attorneys for Defendant Bridget Anne Kelly

Dated: April 18, 2019